Overton, J.
 

 Injunctions may be granted
 
 quia timet;
 
 may be obtained before or after suit. If after suit, and before plea, the suit at law may proceed to issue, but must stop there. If after issue, it proceeds to judgment, and there stops, until the determination of the suit in equity. Whether it be competent to this court, in any ejectment or caveat cause, to set aside an injunction, as having been improvidently obtained, I will not undertake to say, it not being necessary. After the decision, that a younger grant could be relied on in a court of law, it was soon determined in the case of Kerr vs. Porter, in equity, that equity had jurisdiction in such cases, as well as a court of law. The jurisdiction of the two courts was concurrent.
 
 (a)
 

 The other judges concurred.
 

 (a)
 

 See 3 Bro. C. C. 218. Hardin's R. 461 Wilson vs. Killcannon. Ante p. 201